JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BOURNES, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. ENGLAND, INC., a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 13-718-GW(CWx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter came before the Court on the Stipulation of Dismissal With Prejudice filed by Plaintiff, Jacqueline Bournes, and Defendant, C.R. England, Inc. The Court, having reviewed the Stipulation and finding good cause, now finds that it should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this case are dismissed, with prejudice, with each side to bear its own costs and attorneys fees.

DATED: October 21, 2014

_____
Hon. George H. Wu,
U.S. District Judge

4831-2157-7758, v. 1